

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2023

No. 04-22-00733-CV

**B. ANDREW GAME DMD, LLC** and Bryan A. Game,
Appellants

v.

**BREAKAWAY PRACTICE, LLC**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI06878
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

After this court granted the court reporter's first request for an extension of time to file the reporter's record, it was due on January 9, 2023. *See* TEX. R. APP. P. 35.1. On the once-extended due date, court reporter Mary Scopas filed a second notification of late reporter's record. She requested a thirty-day extension of time to file the record.

The request is GRANTED. The reporter's record is due on February 8, 2023. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days).

If the reporter's record is not filed with this court by February 8, 2023, any request for additional time to file the record must be accompanied by a signed, written status report.

The report must describe the transcript in this appeal by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

A preferred form for the status report, with an accompanying example, is attached to this order.

FILE COPY

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2023.

MICHAEL A. CRUZ, Clerk of Court